AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Ceara Lynn Sturgis | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:10-cv-455 TSL-FKB |
| Copiah County School District, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Superintendent Rickey Clopton
Copiah County School District
254 West Gallatin Street
Hazlehurst, MS 39083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bear Atwood
ACLU of MS
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **J. T. NOBLIN**

Date: **AUG 1 7 2010**

*L. Smith*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10-cv-455 TSL-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SUPERINTENDENT RICKEY CLOPTON__
was received by me on *(date)* __August 24, 2010__.

☒ I personally served the summons on the individual at *(place)* __WESSON HIGH School PROPERTY__
on *(date)* __8-30-2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

*Tyler H. Miller*
Server's signature

__Tyler H. Miller / Process Server__
Printed name and title

__P.O. Box 546, Ridgeland MS 39158__
Server's address

Additional information regarding attempted service, etc: