Senior
Party
CLASS OF
2010
WESSON SENIORS
You are invited to a Wild and Wonderful Senior Year
For: Class of 2010
When: 8-6-09 5-21-10
Where: Wesson High School