Ceara
Sturgis
Ceara Lynn
Ceara,
I love you so much! I am so proud you have grown up to be a fine young woman. Keep your head up and love with your heart. I love you with all my heart.
Mom
Ceara,
I am so proud that you are my granddaughter. I love you. May your world be as happy as you have made me.
We Love You,
Mawmaw & Pawpaw
