# Cobra Ladies



Kneeling:

Standing: Ceara Sturgis,



## SENIORS!!!



Ceara Sturgis,



## Captains

