## Band Council



President: Ceara Sturgis
Vice President:
Secretary:
Grade Representative:
Grade Representative:
Grade Representative:
Grade Representative:
Grade Representative:
Drum Major:
Chaplin:



Drum Major:



Band Director:

## Drum Line



## Color Guard



## Seniors



Ceara Sturgis

97