

"The future belongs to those who believe in