IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CEARA LYNN STURGIS                                                                                    PLAINTIFF
VS.                                                            CIVIL ACTION NO. 3:10cv455-DPJ-FKB

COPIAH COUNTY SCHOOL DISTRICT;
RICKEY CLOPTON, the Superintendent of
Copiah County School District; and RONALD
GREER, the Principal of Wesson Attendance Center                                         DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

COMES NOW R. Jarrad Garner of Adams and Reese LLP and hereby gives notice to the Court and the parties that the law firm of Adams and Reese LLP has a new address of 1018 Highland Colony Parkway, Suite 800, Ridgeland, Mississippi 39157, and respectfully requests that all counsel of record and the Clerk of Court take notice of same.

RESPECTFULLY SUBMITTED this the 17th day of February, 2011.

By: /s/R. Jarrad Garner
R. Jarrad Garner (MSB No. 99584)
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157
Telephone:    (601) 353-3234
Facsimile:      (601) 355-9708
jarrad.garner@arlaw.com

## CERTIFICATE OF SERVICE

I, R. Jarrad Garner, one of the attorneys for Defendant Copiah County School District, do hereby certify that I have this day filed the foregoing via the ECF electronic filing system, which sent notice to counsel of record:

Bear Atwood, Esq.
Acting Legal Director

American Civil Liberties Union of Mississippi
P.O. Box 2242
Jackson, Mississippi 39225
bearatwood@aclu-ms.org

Christine P. Sun, Esq.
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
csun@aclu.org

Alysson Mills, Esq.
Fishman Haygood Phelps Walmsley Willis & Swanson, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
amills@fishmanhaygood.com

Norman C. Simon, Esq.
Joshua Glick, Esq.
Jason Moff, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
nsimon@kramerlevin.com

THIS the 17th day of February, 2011.

/s/R. Jarrad Garner
R. Jarrad Garner